

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00328-CR

———————————————————

CHRISTIAN J. SCHROEDER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1796798

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

After Appellant Christian J. Schroeder filed a motion to set bond, the trial entered an order denying him bond. Proceeding pro se, Appellant now attempts to appeal that order. But an interlocutory order ruling on a motion to set bond is not appealable. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *Conley v. State*, Nos. 02-21-00090-CR, 02-21-00091-CR, 02-21-00093-CR, 2021 WL 3793816, at *1 (Tex. App.—Fort Worth Aug. 26, 2021, no pet.) (mem. op., not designated for publication).

Because there is no record of an appealable order or judgment, and because such an order or judgment is necessary for this court to obtain jurisdiction, *see Conley*, 2021 WL 3793816, at *1, we notified Appellant of our concern that we lacked jurisdiction over his appeal. We warned that we would dismiss the appeal for want of jurisdiction unless, within ten days, Appellant or any other party showed grounds for continuing it. *See* Tex. R. App. P. 43.2(f), 44.3. Appellant responded by filing with the trial court a document entitled "DEMAND TO ACKNOWLEDGE VALID APPEAL," which the trial court filed with us. This document catalogues Appellant's numerous complaints, but it does not show grounds for this court to exercise jurisdiction over his appeal.

Accordingly, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 43.2(f); *see Ragston*, 424 S.W.3d at 50–52 (affirming dismissal of appeal for want of

jurisdiction in similar case); *Conley*, 2021 WL 3793816, at \*1 (dismissing appeals for want of jurisdiction in similar case).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 18, 2024